In the Matter of the Claim of FRANK GRACE against the Estate of WILLIAM

H. GRACE, Deceased.— Decree unanimously affirmed, with costs to the respondent payable out of the estate. [138 Misc. 348.]